| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE STRIKE 3 HOLDINGS, LLC, CASES | Case Nos. | 2:18-cv-00997-MCE-GGH |
| | | 2:18-cv-02188-JAM-KJN |
| | | 2:18-cv-02189-TLN-CKD |
| | | 2:18-cv-02190-KJM-DB |
| | | 2:18-cv-02201-TLN-KJN |
| | | 2:18-cv-02202-WBS-EFB |
| | | 2:18-cv-02203-KJM-KJN |
| | | 2:18-cv-02204-WBS-KJN |
| | | 2:18-cv-02205-JAM-EFB |
| | | 2:18-cv-02206-JAM-EFB |
| | | 2:18-cv-02207-KJM-DB |
| | | 2:18-cv-02208-WBS-KJN |
| | | 2:18-cv-02209-KJM-KJN |
| | | 2:18-cv-02582-JAM-CKD |
| | | 2:18-cv-02584-KJM-KJN |
| | | 2:18-cv-02585-TLN-AC |
| | | 2:18-cv-02636-TLN-AC |
| | | 2:18-cv-02637-TLN-DB |
| | | 2:18-cv-02638-KJM-CKD |
| | | 2:18-cv-02639-TLN-KJN |
| | | 2:18-cv-02640-JAM-EFB |
| | | 2:18-cv-02641-WBS-AC |
| | | 2:18-cv-02642-WBS-KJN |
| | | 1:18-cv-01075-DAD-BAM |
| | | 1:18-cv-01076-DAD-SKO |
| | | 1:18-cv-01080-LJO-SAB |
| | | 1:18-cv-01081-DAD-SAB |
| | | 1:18-cv-01088-LJO-BAM |
| | | 1:18-cv-01089-DAD-SKO |
| | | 1:18-cv-01098-LJO-JLT |
| | | 1:18-cv-01294-DAD-SAB |
| | | 1:18-cv-01298-AWI-JLT |
| | | 1:18-cv-01300-DAD-SKO |
| | | 1:18-cv-01303-DAD-EPG |
| | | 1:18-cv-01304-LJO-SKO |

1

Review of the above-captioned actions reveals they are all related under this Court's Local Rule 123. The listed actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency, and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned actions are reassigned to U.S. District Judge Morrison C. England, Jr., and U.S. Magistrate Judge Gregory G. Hollows with a new number to be assigned by the clerk. All future filings shall denote the reassignment to U.S. District Judge England and U.S. Magistrate Judge Hollows by replacing the trailing initials on each case number with: MCE-GGH.

IT IS SO ORDERED.

Dated: October 4, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE